UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| PAUL SPINELLI; SCOTT BOEHM; PAUL JASIENSKI; GEORGE NEWMAN LOWRANCE; DAVID STLUKA; DAVID DRAPKIN; and THOMAS E. WITTE, | : Case 1:13-cv-07398 (RWS)<br>: Hon. Robert W. Sweet |
| Plaintiffs, | : |
| v. | : [PROPOSED] JUDGMENT |
| NATIONAL FOOTBALL LEAGUE; NFL PROPERTIES, LLC; NFL VENTURES, L.P.; NFL PRODUCTIONS, LLC; NFL ENTERPRISES, LLC; REPLAY PHOTOS, LLC; GETTY IMAGES (US), INC.; ASSOCIATED PRESS; ARIZONA CARDINALS HOLDINGS, INC., ATLANTA FALCONS FOOTBALL CLUB LLC, BALTIMORE RAVENS LIMITED PARTNERSHIP, BUFFALO BILLS, INC., PANTHERS FOOTBALL LLC, CHICAGO BEARS FOOTBALL CLUB, INC., CINCINNATI BENGALS, INC., CLEVELAND BROWNS LLC, DALLAS COWBOYS FOOTBALL CLUB, LTD., DENVER BRONCOS FOOTBALL CLUB, DETROIT LIONS, INC., GREEN BAY PACKERS, INC., HOUSTON NFL HOLDINGS LP, INDIANAPOLIS COLTS, INC., JACKSONVILLE JAGUARS LTD., KANSAS CITY CHIEFS FOOTBALL CLUB, INC., MIAMI DOLPHINS, LTD., MINNESOTA VIKINGS FOOTBALL CLUB LLC, NEW ENGLAND PATRIOTS, LP, NEW ORLEANS LOUISIANA SAINTS, LLC, NEW YORK FOOTBALL GIANTS, INC., NEW YORK JETS FOOTBALL CLUB, INC., OAKLAND RAIDERS LP, PHILADELPHIA EAGLES FOOTBALL CLUB, INC., PITTSBURGH STEELERS SPORTS, INC., SAN DIEGO CHARGERS FOOTBALL CO., SAN FRANCISCO FORTY NINERS LTD., FOOTBALL NORTHWEST LLC, THE RAMS FOOTBALL CO. LLC, BUCCANEERS LIMITED PARTNERSHIP, TENNESSEE FOOTBALL, INC., and WASHINGTON FOOTBALL INC., | : : : : : : : : : : : : : : : : |
| Defendants. | : |

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/17

RECEIVED FEB 07 2017
JUDGE SWEET CHAMBERS

Whereas on December 30, 2016, the Court entered judgment dismissing Plaintiffs' Second Amended Complaint without leave to replead (Docket No. 183); and on January 9, 2017, Plaintiffs moved to amend/correct the judgment to reflect that Plaintiffs' copyright infringement claims against Defendants National Football League; NFL Properties, LLC; NFL Ventures, L.P.; NFL Productions, LLC; NFL Enterprises, LLC; all 32 NFL Member Clubs (collectively, the "NFL Defendants") involving the photographs that the NFL Defendants obtained from Getty Images (US), Inc. ("Getty Images") previously had been stayed pending arbitration rather than dismissed (*see* Dkt. Nos. 102 at 81, n. 18; 184); and Defendants have advised the Court that they consent to the relief requested by Plaintiffs' motion upon the express determination of the Court that there is no just reason for delay in appeal from such judgment (Docket No. 187); it is

**ORDERED, ADJUDGED AND DECREED:**

(1) That Plaintiffs' motion to amend/correct the judgment is GRANTED;

(2) That although the copyright infringement claims against the NFL Defendants involving photographs obtained from Getty Images are stayed pending arbitration, the Court's orders dismissing the Plaintiffs' other claims without leave to replead are final;

(3) That there is no just reason to delay an appeal related to the dismissed claims; and therefore;

(4) Judgment is hereby entered pursuant to Federal Rule of Civil Procedure 54(b) with respect to the Court's orders dismissing Plaintiffs' claims except those copyright infringement claims against the NFL Defendants involving photographs obtained from Getty Images, which are stayed pending arbitration.

2

Dated: New York, New York
　　　2/8, 2017

SO ORDERED:

_____
U.S.D.J.

JS

3